

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-94,115-01

### EX PARTE JEFFREY MENDEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. D-1-DC-15-301608-A IN THE 403RD DISTRICT COURT
### FROM TRAVIS COUNTY

*Per curiam*. SLAUGHTER, J. filed a concurring opinion.

### O P I N I O N

Applicant was convicted of capital murder and sentenced to life imprisonment. The Court of Appeals affirmed his conviction. *Mendez v. State*, No. 01-18-00067-CR (Tex. App.—Houston [1st. Dist.] Feb. 21, 2019). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that his conviction had been affirmed and advise him of his right to file a *pro se* petition for discretionary review. Since the record is absent of any proof that Applicant was properly advised, the State does not oppose Applicant being granted leave to file an out-of-time petition for discretionary review.

The trial court also recommends granting an out-of-time petition for discretionary review.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Court of Appeals in cause number 01-18-00067-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: SEPTEMBER 13, 2023
Do not publish